1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 73CR16344-LL |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | JUDGMENT AND ORDER TO DISMISS INDICTMENT and RECALL ARREST WARRANT |
| RAUL RODRIGUEZ-TORRES, | ) | |
| Defendant. | ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment be dismissed, and Arrest Warrant be recalled due to the length of time Defendant has been a fugitive and in the interests of justice.

IT IS SO ORDERED.

DATED: 5/2/2025  .

Hon. Linda Lopez
United States District Judge